THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
CHESTER L. DAVIS, Appellant. (Appeal No. 2.) [602 NYS2d 586] —
Judgment unanimously affirmed. Same Memorandum as in
*People v Davis* (197 AD2d 921 [decided herewith]). (Appeal from
Judgment of Steuben County Court, Purple, Jr., J.—At-
tempted Murder, 2nd Degree.) Present—Denman, P. J., Balio,
Fallon, Doerr and Davis, JJ.